# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **PINNACLE SURETY SERVICES, INC.** | CASE NO. 3:15-CV-364-DJH |
| | Judge David J. Hale |
| Plaintiff, | |
| v. | |
| | **AGREED ORDER OF DISMISSAL WITH PREJUDICE** |
| **COOPER & ELLIOTT, LLC, et al.** | |
| Defendants. | |

Plaintiff, Pinnacle Surety Services, Inc., by counsel, and Defendants, Rex E. Elliott and Cooper & Elliott, LLC (collectively "Elliott"), by counsel, herewith agree that the above captioned matter shall be dismissed with prejudice as to these remaining Defendants. Pinnacle and Elliott shall bear their own costs, attorney fees and expenses. This is a final and appealable ORDER and there is no just cause for delay in its entry.

/s/ P. Blaine Grant
P. Blaine Grant
Hayden Grant PLLC
Glassworks II, Suite 301
214 South 8th Street
Louisville, KY 40202
ATTORNEY FOR PLAINTIFF,
PINNACLE SURETY SERVICES, INC.

/s/ Lindsey M. Johnson
Lindsay M. Johnson
Freund, Freeze & Arnold
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, Ohio 45402-2017
COUNSEL FOR DEFENDANTS, REX E. ELLIOTT AND COOPER & ELLIOTT, LLC